UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

JIMMY CHOATE                                      CIVIL ACTION NO.  6:07cv1122

VERSUS                                            SECTION:

JOSE T. ALCORTA-PAVON                             MAG:
TUFF TRANSPORT, INC.
AND CAROLINA CASUALTY INSURANCE COMPANY

**NOTICE OF REMOVAL**

**NOW INTO COURT,** through undersigned counsel, come defendants, Jose T. Alcorta-Pavon, Tuff Transport, Inc. and Carolina Casualty Insurance Company, who hereby give notice of the removal of this action from the 26th Judicial District Court for the Parish of Bossier, State of Louisiana, on the following grounds:

I.

Removal to this Honorable Court is proper pursuant to 28 USC §1332 and §1441, in that there is complete diversity of citizenship between the plaintiff, who is domiciled in Louisiana, and the defendants, none of whom are domiciled in Louisiana (more specifically, Mr. Pavon is

domiciled in Texas, Tuff is incorporated and also has its PPB in , and Carolina is incorporated in North Carolina and has its PPB in Florida); this judicial district encompasses the state court in which this suit was filed; less than thirty days have elapsed since defendants have received service of the petition; and the amount in controversy reasonably exceeds $75,000.00, exclusive of interest and costs, in that in addition to the petition's allegation that plaintiff's alleged damages exceed the sum of $50,000.00 (as required for jury trial in the state court) and the allegations of "severe and disabling injuries to her head, neck, back, upper & lower extremities along with impingement of her left shoulder, all of which have caused excruciating pain and suffering, mental anguish and distress, and past, present and future loss of enjoyment of life, loss of income and impairment to earning capacity, and hospital, medical, pharmaceutical and miscellaneous expenses," plaintiff counsel has specifically advised in writing to undersigned counsel that plaintiffs are seeking in excess of $75,000.00, exclusive of interest and costs, and has produced medical records indicating left shoulder impingement, disc bulges and ongoing treatment for same.

II.

As evidenced by the Petition for Damages attached hereto as Exhibit "A," this action involves multiple claims for damages as a result of a vehicular accident which occurred in Bossier Parish, Louisiana.

III.

Undersigned counsel will promptly serve the plaintiffs with this notice and file a copy with the Clerk of the 26th Judicial District Court for the Parish of Bossier, State of Louisiana.

**WHEREFORE,** defendants pray that this cause proceed in this Honorable Court as an action properly removed from the 26th Judicial District Court for the Parish of Bossier, State of Louisiana.

        Respectfully submitted,

        /s/ C. DAVID VASSER, JR.
        C. DAVID VASSER, JR.(#18518)TA
        VASSER & VASSER
        516 Myrtle Hill Dr.
        Baton Rouge, LA 70810
        Tel 225-767-0352
        Fax 225-767-4801
        *Counsel for Jose T. Alcorta-Pavon, Tuff Transport, Inc. and Carolina Casualty Insurance Company*

     **I HEREBY CERTIFY** that the above and foregoing pleading has been filed electronically and that it is available for viewing and downloading from the ECF system and that a has also been furnished to all counsel of record, via U. S. Mail, this 25th day of February, 2008.

        /s/ C. DAVID VASSER, JR.