

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

October 7, 2008

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-866-323-1101*  *1-866-323-1101*

Clerk of Court
Joan L. Carraway
26th JDC Judicial District Court
Bossier Parish Parish Courthouse
P. O. Box 430
Benton, LA 71006-0430

      In re:  Civil Action No.  5:08-cv-0280
              Your Case No.  125,481 - A
              Jimmy Choate vs.  Jose T Alcorta-Pavon, et al

Dear Madam:

      Please be advised that the above captioned matter has been remanded to your Court.  We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

      The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF.  Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

      Please acknowledge receipt on the enclosed copy of this letter.

      For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

      THUS DONE  October 7, 2008.

                                          ROBERT H. SHEMWELL
                                          CLERK OF COURT

msy