

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

October 7, 2008

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-866-323-1101*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-866-323-1101*

RECEIVED
BY: _____
OCT 0 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Clerk of Court
Joan L. Carraway
26th JDC Judicial District Court
Bossier Parish Parish Courthouse
P. O. Box 430
Benton, LA 71006-0430

    In re:   Civil Action No. 5:08-cv-0280
             Your Case No. 125,481 - A
             Jimmy Choate vs. Jose T Alcorta-Pavon, et al

Dear Madam:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE October 7, 2008.

                                    ROBERT H. SHEMWELL
                                    CLERK OF COURT

msy



FILED
OCT - 8 2008
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA